**AMERICA ONLINE, INCORPORATED, Plaintiff—Appellee,**

v.

**Christopher INGRAM, Defendant—Appellant,**

**and**

**Continental Financial Group, Defendant.**

No. 04–2312.

United States Court of Appeals, Fourth Circuit.

Submitted: March 16, 2005.

Decided: March 30, 2005.

Christopher Ingram, Appellant pro se.

Anthony Tobias Pierce, Akin, Gump, Strauss, Hauer & Feld, L.L.P., McLean, Virginia, for Appellee.

Before LUTTIG, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher Ingram appeals the district court's order denying relief on his motion to vacate judgment. We have reviewed the record and find no abuse of discretion or reversible error. Accordingly, we affirm on the reasoning of the district court. *See America Online, Inc. v. Ingram,* No. CA–97–1563 (E.D. Va., filed Sept. 28, 2004; entered Sept. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*